In the Matter of LESTER MARTIN, Respondent, against COLUMBIA PICTURES CORPORATION, Appellant.—

Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

In the Matter of JOHN FOY et al., Respondents, against JOSEPH SCHECHTER et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.—

Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.  [See 1 A D 2d 663.]

PATRICIA GANNON, Respondent, v. WILLIAM WHERRY, Individually and as Executor of MARGARET W. MCMULLEN, Deceased, et al., Appellants.—

Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.  [See 1 A D 2d 664.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE GERACI, Appellant.—                    No opinion.  Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SEBASTIAN ORCINOLI, Otherwise Known as CHARLES OTTO, Appellant.—
No opinion.  Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.